IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
JAN 16 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

LILLIE M. MIDDLEBROOKS, )
 )
     Plaintiff, )
 )
v. ) Civil Action No. 1:12-cv-752
 )
THE GEORGE WASHINGTON )
UNIVERSITY HOSPITAL, et al., )
 )
     Defendants. )

### ORDER

This matter comes before the Court on Defendants' Motion to Dismiss. Plaintiff's Complaint alleges violations of 42 U.S.C. § 1981 by The George Washington University Hospital, District Hospital Partners, L.P., Universal Health Services Incorporation, and The George Washington University for race discrimination and retaliation relating to non-selection of employment, the cancellation of Plaintiff's agency shifts, and for refusing to allow the Plaintiff to work as an agency nurse.

The events giving rise to this case occurred in 2007 and 2008. Plaintiff interviewed for a nursing position in 2007 for which she was not hired. The temporary nursing assignments at issue were on various dates in 2008. In this case, Plaintiff's claims are governed by the two-year catch-all statute of limitations period, borrowed from Virginia Code § 8.01-243(A).

This action was commenced July, 11, 2012; 2 years after the expiration of the statute of limitations. As Plaintiff's claims are untimely, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED, and this case is dismissed.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
January 16, 2013